## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | Civil Action No. 07-2627(FLW) |
| THOMAS J. PERNO | : | |
| Plaintiff, | : | **ORDER OF DISMISSAL** |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF POINT PLEASANT BEACH et al. | : | |
| Defendant. | : | |

It having been reported to the Court that the above-captioned action has been settled in its entirety;

IT IS on this 4th day of December, 2009;

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of <u>Fed. R. Civ. P.</u> 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

s/Freda L. Wolfson
Freda L. Wolfson
United States District Judge